

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00194-CR
_____

TIMOTHY FLETCHER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th Judicial District Court
Bowie County, Texas
Trial Court No. 11F0251-005

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Timothy Fletcher appeals his conviction by a jury for aggravated sexual assault of a child.[1] *See* TEX. PENAL CODE ANN. § 22.021 (West Supp. 2011). The jury assessed punishment at sixty years' imprisonment, and the trial court sentenced Fletcher consistent with the jury's assessment. In a related case, also decided today, Fletcher has appealed his conviction by a jury for sexual assault of a child. *See Fletcher v. State*, cause number 06-11-00180-CR. Fletcher has filed a single brief, in which he raises four issues common to all fifteen of his appeals.

We addressed these issues in detail in our opinion of this date on Fletcher's appeal in cause number 06-11-00180-CR. For the reasons stated therein, we likewise conclude that reversible error has not been shown in this case.

We affirm the trial court's judgment.

Jack Carter
Justice

Date Submitted:     July 2, 2012
Date Decided:       July 10, 2012

Do Not Publish

---

[1]In cause numbers 06-11-00180-CR through 06-11-00194-CR, the appeals of which are also decided today, Fletcher has appealed four counts of aggravated sexual assault of a child, seven counts of sexual assault of a child, and four counts of indecency with a child. All fifteen appeals were briefed together and identical issues were raised in all fifteen appeals.